1  Troy Monge, Esq.
2  Law Offices of Martin Taller, APC
   2300 E. Katella Ave, Suite 440
3  ANAHEIM, CALIFORNIA 92806
4  TELEPHONE (714) 385-8100
   FACSIMILE (714) 385-8123
5  troymonge@hotmail.com
6  Attorney Bar #217035
   Attorneys for Steven Kuciemba
7

8  ANDRÉ BIROTTE JR.
   United States Attorney
9  LEON WEIDMAN
   Assistant United States Attorney
10 Chief, Civil Division
11 ELLINOR CODER, CSBN 258258
   Special Assistant United States Attorney
12      Social Security Administration, Region IX
        160 Spear Street, Suite 800
13      San Francisco, California 94105
        Tel: (415) 977-8955
14      Fax: (415) 744-0134
        E-mail: Ellinor.Coder@ssa.gov
15 Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| STEVEN KUCIEMBA,<br>    Plaintiff,<br>    v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 8:13-cv-1306 -JEM<br><br>**JUDGMENT** |

1
2
3
4
5
6
7       The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") that was concurrently lodged, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 17, 2014

                                     /s/ John E. McDermott
                                HON. JOHN E. McDERMOTT
                                UNITED STATES MAGISTRATE JUDGE