**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Steven Kuciemba

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN KUCIEMBA,<br><br>　　Plaintiff,<br><br>　　v<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　Defendant. | No. SACV13-01306 JEM<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of TWO THOUSAND ONE HUNDRED SIXTY-NINE DOLLARS and FORTY-THREE CENTS ($2,169.43) for attorney fees and TWENTY-ONE DOLLARS and NINETEEN CENTS ($21.19) for costs, as authorized by 28 U.S.C. §§1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: April 25, 2014

　　　　　　　　　　　　　　*/s/John E. McDermott*
　　　　　　　　　　　　　　THE HONORABLE JOHN E. McDERMOTT
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE